```
                   FILED        ENTERED
                   LOGGED       RECEIVED
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SEP 0 4 2024

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

UNITED STATES OF AMERICA

\*

vs.

\*

Dajuan Taylor

\*

Case No.   PX 23-cr-00311-1

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by __Daniel Goldman__, and the Government was represented by Assistant United States Attorney __LaShanta Harris__, it is

ORDERED, this __4th__ day of __September__ __2024__, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
Timothy J. Sullivan
United States Magistrate Judge